IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )        No.  04 CR 907
                                    )
ARISTEED CANNON,                    )
                                    )
                    Defendant.      )

MEMORANDUM ORDER

Aristeed Cannon ("Cannon") has just tendered a self-prepared Motion To Correct Sentence ("Motion"), seeking to invoke Fed. R. Crim. P. 35(a) for that purpose.  There are three things wrong with that filing:

1.  Because Cannon is represented by counsel, such pro se submissions are problematic to begin with.

2.  Because Cannon's counsel had filed a Notice of Appeal on August 31, 2006 (Cannon's pro se submission was received later--on September 5), this Court's jurisdiction to entertain the Motion is questionable at best.

3.  In any event, the Motion simply reasserts an issue that was argued very ably on his behalf by his counsel at the time of sentencing and was rejected by this Court.
Accordingly the Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 8, 2006